# **Exhibit E**

35644530657

# ARBITRATION ADDENDUM

**ARBITRATION OF DISPUTE – IMPORTANT NOTICE AFFECTING YOUR RIGHTS:** In the event of any controversy between the parties**,** including but not limited to any claim, dispute, suit, demand, cross claim, counterclaim, or third party complaint (whether statutory, in tort, or otherwise) arising out of or relating to this Agreement or its negotiation, formation, execution, performance, breach, termination or enforcement, including claims arising from or relating to the collection of any debt arising hereunder (including, especially, but without limitation, claims under the Telephone Consumer Protection Act, Fair Debt Collection Practices Act, and Fair Credit Reporting Act, and comparable state laws) and the interpretation or validity, including the validity, scope or applicability of this provision to arbitrate, shall be determined by binding arbitration. This arbitration provision is governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq*. and not by any state rule or statute governing arbitration. **THE PARTIES AGREE THAT ARBITRATION SHALL BE HEARD BY A SINGLE ARBITRATOR. YOUR CLAIM WILL NOT BE BROUGHT IN COURT AND A JURY WILL NOT HEAR YOUR CLAIM. YOU MAY ASSERT A CLAIM IN ARBITRATION ONLY ON AN INDIVIDUAL BASIS AND NOT IN ANY REPRESENTATIVE CAPACITY OR AS A CLASS, COLLECTIVE OR MASS ACTION. FURTHER, THE PARTIES AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIMS.** The Arbitration shall be administered by the American Arbitration Association ("AAA"), 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or JAMS, 1881 Von Karman Ave., Suite 350 Irvine, CA 92612 (www.jamsadr.com) . Arbitration shall be administered according to the arbitration service's commercial arbitration fee schedule and the service's current commercial rules and procedures *except: 1) that the parties expressly waive the applicability of any rule governing class, collective or mass action; and 2) that the parties agree that any specific arbitration procedure provided for herein shall apply to the arbitration proceeding. The arbitrator shall be neutral and independent and shall comply with the selected arbitration service's code of ethics. Additionally, the arbitrator shall be guided by and apply the Federal Rules of Evidence and "governing substantive" law*. The arbitrator's award shall be final and binding on all parties. Judgment on the arbitration award may be entered in any court having jurisdiction over the parties. If a party fails to comply with the arbitrator's award, the other party may petition a court having jurisdiction to enforce the award.

If you fail to timely pay any debt or fee related to your timeshare interest (e.g. purchase money mortgage, your association fees, maintenance fees, or taxes) Westgate or the Association may pursue judicial or non-judicial claims limited strictly to the collection of the past due amount(s), any interest, attorneys' fees or cost of collection permitted by law or the agreement, and/or foreclose a lien on a mortgage or unpaid assessments, which shall not be subject to this arbitration addendum. All other claims or possible counterclaims arising from or related to the presuit collection or enforcement of such debt or fee shall be brought in arbitration.

Notwithstanding the above, YOU MAY CHOOSE TO PURSUE A FUTURE YOUR CLAIM IN COURT AND NOT BY ARBITRATION IF: (a) YOU OPT OUT OF THESE ARBITRATION PROCEDURES WITHIN 45 DAYS FROM THE DATE OF THIS AGREEMENT. You may opt out of these arbitration procedures by calling (844) 311-6211 or via the internet by completing the opt-out form located at www.westgateoptoutform.com. Any opt out received after the opt-out deadline will not be valid and you must pursue your claim in arbitration. Whether you accept this arbitration agreement or opt out of arbitration so you can proceed in court, you acknowledge and agree that, in any court case you may file, you WAIVE THE RIGHT TO A TRIAL BY JURY AND THAT YOU CANNOT FILE A CLAIM IN A REPRESENTATIVE CAPACITY OR FILE A CLAIM AS A CLASS, COLLECTIVE OR MASS ACTION OR PARTICIPATE IN A CLASS ACTION.

Purchaser Initials   _____ _____

WR111A   10/2017

THIS IS A COPY COPY VIEW

35644530657

JURY TRIAL WAIVER. If your claim proceeds in court rather than arbitration, ALL PARTIES WAIVE THEIR RIGHT TO A JURY TRIAL.

FORUM SELECTION: ANY ARBITRATION HEARING WILL TAKE PLACE IN ORLANDO, FLORIDA, WHERE WESTGATE'S PRINCIPAL PLACE OF BUSINESS IS LOCATED. You will have 45 days from the signing of this agreement to opt out of the Orlando location, and instead, arbitrate in the location of the project in which your timeshare interest is located, or the location where you purchased your timeshare interest. You may opt out of the ORLANDO forum by calling (844) 311-6211 or via the internet by completing the opt-out form located at www.westgateoptoutform.com. The 45 days to opt out of Orlando runs concurrently with (and not in addition to) the 45 days to opt out of arbitration.

NOTICE OF CLAIM; RIGHT TO RESOLVE. For all disputes, whether pursued in court or arbitration, you must first give us an opportunity to resolve your claim by sending a written description of your claim to the address: Westgate Resorts, 2801 Old Winter Garden Road, Ocoee, Florida  34761. We each agree to negotiate with each other in good faith about your claim.  If we do not resolve the claim within 60 days after we receive this claim description, you may pursue your claim in arbitration (or in court if you opt out).

CONFLICTS; SEVERABILITY.  To the extent of any conflict with this Arbitration Agreement and the Contract for Purchase and Sale, this Arbitration Agreement shall govern and supersede any such conflict provision to the contrary.  If any part or provision of this Arbitration Agreement is deemed invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions hereof shall not in any way be affected or impaired thereby and such provision shall be ineffective only to the extent of such invalidity, illegality or unenforceability and shall not invalidate or render unenforceable any other part or provision of this Arbitration Agreement.

PURCHASER

Name: **Miranda L Steines**

Name: **Adam U Steines**

Name:

Name:

Westgate Palace, LLC

By: _Robin Fincham Wilder_
ROBIN F  WILDER
Authorized Agent

WR111A    10/2017